UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS LEUPIN,

          Plaintiff,

    v.

CITY OF SAN BRUNO,

          Defendant.

Case No.  26-cv-06280-TSH

**ORDER DIRECTING SERVICE**

Re: Dkt. No. 12

Plaintiff Thomas Leupin initiated this lawsuit by filing a complaint against Defendant City of San Bruno (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2).  On June 25, 2026, the Court granted Plaintiff's application and screened the complaint under 28 U.S.C. § 1915(e)(2), and directed the Clerk of Court to issue summons and for service to be executed upon the City.  ECF No. 6.  Plaintiff has now filed a First Amended Complaint which adds Action Towing & Road Service, Inc. as a defendant.  ECF No. 12.  The Court has screened the amended complaint to ensure it states a claim, is not frivolous, and does not seek monetary relief against a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915(e)(2).  Accordingly, the Clerk of Court shall issue a summons for Defendant Action Towing & Road Service, Inc., and the Clerk's Office or the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the case file upon it.

The Court advises Plaintiff that further amendments shall be permitted "only with the opposing party's written consent or the court's leave."  *See* Fed. R. Civ. P. 15(a)(2).

**IT IS SO ORDERED.**

Dated: July 13, 2026

THOMAS S. HIXSON
United States Magistrate Judge